UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA and the STATE OF WASHINGTON, *ex rel.* DARCY J. IRWIN, and DARCY J. IRWIN, Individually<br><br>                          Plaintiffs,<br><br>        v.<br><br>VOTO HEALTH CARE, INC., a Washington Corporation, UBI No. 602670735,<br>                          Defendant. | No. C16-1487 RSM<br><br>**FILED UNDER SEAL**<br><br>**ORDER** |

The United States of America and the and the State of Washington (collectively, the "Governmental Entities") have filed an *ex parte* Application for an Extension of time to Consider Election to Intervene, in which the Governmental Entities seek a three (3) month extension of time, from May 30, 2017 to August 30, 2017, in which to notify the Court whether it intends to intervene in this *qui tam* lawsuit. Such an extension of time is expressly contemplated by the False Claims Act and the Washington State Medicaid Fraud False Claims Act, which provide that the United States and the State of Washington, respectively, "may, for good cause shown" move the Court for extensions of time. 31 U.S.C. § 3730(b)(3); RCW 74.66.050(3). The Court finds that the *ex parte* Application establishes good cause.

ORDER - 1
(C16-1487-RSM)
FILED UNDER SEAL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Accordingly, it is hereby ORDERED that the Governmental Entities shall have until August 30, 2017 to notify the Court of their decision whether or not to intervene in this *qui tam* action. The Clerk shall maintain the Complaint, Amended Complaint, and other filings under seal for the duration of the Governmental Entities' investigation.

DATED this 16th day of June 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

/s/ David East
DAVID R. EAST, WSBA #31481
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
700 Stewart St., Suite 5220
Seattle, WA 98101-1271
E-mail: david.east@usdoj.gov

*Attorney for the United States of America*

/s/ Matt Kuehn
MATT KUEHN, WSBA #30419
Assistant Attorney General
Washington Office of the Attorney General
P.O. Box 40114
Olympia, WA 98504
E-Mail: mattk2@atg.wa.gov

*Attorney for the State of Washington*

ORDER - 2
(C16-1487-RSM)
FILED UNDER SEAL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970