UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA and the STATE OF WASHINGTON, *ex rel.* DARCY J. IRWIN, and DARCY J. IRWIN, Individually,<br><br>      Plaintiffs,<br><br>  v.<br><br>VOTO HEALTH CARE, INC., a Washington Corporation, UBI No. 602670735,<br>      Defendant. | CASE NO. C16-1487 RSM<br><br>**ORDER** |

The United States and the State of Washington (collectively, the "Governmental Entities") having declined at this time to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B) and Rev. Code Wash. § 74.66.050, it is hereby ORDERED that:

 1. The Complaint, this Order, the Governmental Entities' Notice of Declination, and all other papers on file in this action shall be unsealed;

 2. Relator shall serve a copy of the Complaint, this Order, and the Governmental Entities' Notice of Declination on Defendant;

ORDER - 1
CASE NO. C16-1487-RSM

UNITED STATES ATTORNEY
WESTERN DISTRICT OF WASHINGTON
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1   3. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the Governmental Entities, as provided for in 31 U.S.C. § 3730(c)(3) and Rev. Code Wash. § 74.66.060(3). The Governmental Entities may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

4. The parties shall serve all Notices of Appeal upon the Governmental Entities;

5. All orders of this Court shall be sent to the Governmental Entities; and

6. Should Relator or any Defendant propose that this action be dismissed, settled, or otherwise discontinued, the Court will provide the Governmental Entities with notice and an opportunity to be heard before ruling or granting its approval.

DATED this 31st day of August 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

 /s/ David East
DAVID R. EAST, WSBA #31481
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
700 Stewart St., Suite 5220
Seattle, WA 98101-1271
E-mail: david.east@usdoj.gov

/s/ Matthew Kuehn
MATTHEW T. KUEHN, WSBA #30419
Assistant Attorney General
Washington Office of the Attorney General
P.O. Box 40114
Olympia, WA 98504
E-Mail: mattk2@atg.wa.gov

ORDER - 2
CASE NO. C16-1487-RSM

UNITED STATES ATTORNEY
WESTERN DISTRICT OF WASHINGTON
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970