District Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA and the STATE OF WASHINGTON, *ex rel.* DARCY J. IRWIN, and DARCY J. IRWIN, Individually,<br><br>Plaintiffs,<br><br>v.<br><br>VOTO HEALTH CARE, INC., a Washington Corporation, UBI No. 602670735,<br><br>Defendant. | No. C16-1487-RSM<br><br><br><br><br><br>**ORDER** |

The Court, having considered Relator's Notice of Dismissal and the United States' Consent to Dismissal, hereby ORDERS, pursuant to 31 U.S.C. § 3730(b)(1), that:

1. Relator having agreed to dismiss all claims raised in this matter;
2. All of the claims set forth in the Complaint shall be dismissed against the Defendant without prejudice to the Relator and without prejudice to the United States or State of Washington.

//
//

ORDER - 1
CASE NO. C16-1487-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

DATED this 9 day of April 2018.

_RICARDO S. MARTINEZ_
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ David East*
DAVID R. EAST, WSBA #31481
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
700 Stewart St., Suite 5220
Seattle, WA 98101-1271
E-mail: david.east@usdoj.gov

ORDER - 2
CASE NO. C16-1487-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970